IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| **FRANCOIS COEUR**,<br><br>**Plaintiff**,<br><br>v.<br><br>**ALLISON ROSE**,<br><br>**Defendant.** | **REPORT & RECOMMENDATION**<br><br>Case No.  2:16-cv-00117<br><br>United States District Court Judge Jill N. Parrish<br><br>Magistrate Judge Dustin B. Pead |

On August 23, 2016, this court conducted a review of Plaintiff Francois Coeur's ("Plaintiff") complaint pursuant to the screening process set forth under 28 U.S.C. § 1915(e). As part of that review, the court concluded that Plaintiff's pleading was deficient and ordered him to file an amended complaint within fifteen days (ECF No. 56). The court admonished Plaintiff that failure to amend would result in a recommendation of dismissal to the District Court. *Id.*

The time for amendment has expired, and Plaintiff has failed to file an amended complaint addressing the deficiencies of his original pleading. Accordingly, for the reasons set forth in detail in the court's August 23, 2016 Order, the court RECOMMENDS to the District Court that Plaintiff's action be dismissed for failure to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

Copies of the foregoing Report and Recommendation are being sent to all parties, who are hereby notified of their right to object.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  A party must file an objection to this Report and Recommendation within fourteen (14) days of being served.  *Id.*  Failure to object may constitute waiver of objections upon subsequent review.

DATED this 20th day of September, 2016.

_____
Dustin Pead
U.S. Federal Magistrate Judge