IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Francois Coeur,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Allison Rose,<br><br>　　　　　Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:16-cv-000117-JNP-DBP<br><br>Judge Jill N. Parrish |

　　　Francois Coeur filed a one-page complaint. (Docket 3). Magistrate Judge Pead dismissed the complaint without prejudice because it failed to meet the basic pleading requirements of rule 8 of the Federal Rules of Civil Procedure. (Docket 56). Judge Pead gave Mr. Coeur 15 days to amend the complaint, but Mr. Coeur never did. Judge Pead subsequently recommended that the complaint be dismissed with prejudice. (Docket 59). Although Mr. Coeur has lodged multiple documents titled "Minute Entries" with the court, he has not filed an objection to Judge Pead's Report and Recommendation.

　　　Based on the court's *de novo* review of the record, the relevant legal authorities, and Judge Pead's Report and Recommendation, the court concludes that the Report and Recommendation, which incorporated the reasoning of Judge Pead's prior order dismissing the complaint, is a correct application of the law and the facts. Accordingly, the court ORDERS as follows:

　　　1. The Recommendation (Docket 59) is ADOPTED IN FULL.

　　　2. Mr. Coeur's complaint is DISMISSED WITH PREJUDICE.

3. The Clerk of Court is directed to close the case.

SO ORDERED October 18, 2016.

                                          BY THE COURT:

                                          JILL N. PARRISH
                                          United States District Judge